James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

Thomas M. Sobol
Hannah Brennan
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700

*Attorneys for Plaintiffs*

Linda P. Nussbaum
Bradley J. Demuth
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9102

Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD CHAIRES, GEORGE DENAULT, JANE DOE, JOHN DOE, BRITTANY GILLELAND, GERALD GIRARD, SARA HASSELBACH, LINDSEY KINHAN, JOSEPH MCLAUGHLIN, MARILYN PERSON, MATTHEW TEACHMAN, and KARYN WOFFORD,<br><br>                Plaintiffs,<br><br>        v.<br><br>NOVO NORDISK INC., ELI LILLY AND COMPANY, and SANOFI-AVENTIS U.S. LLC,<br><br>                Defendants. | Civil Action No. 17-699(BRM)(LHG)<br><br><br><br>**STIPULATION AND ORDER** |

HECTOR VALDES and HECTOR J.
VALDES, individually and on behalf of all
those similarly situated,

Civil Action No. 17-939(BRM)(LHG)

Plaintiff,

v.

SANOFI-AVENTIS U.S., LLC, NOVO
NORDISK INC., and ELI LILLY AND
COMPANY,

Defendants

IT IS HEREBY stipulated by and among the parties as follows:

1.      Each Defendant hereby acknowledges that it either has been served, or by this
stipulation, has accepted service of the complaints in Civil Action Nos. 17-699(BRM)(LHG) and
17-939(BRM)(LHG) (the "Actions"), and waives any defense as to improper service of process.
All other defenses, including defenses with respect to personal jurisdiction, are preserved.

2.      For purposes of Rule 5(b) of the Federal Rules of Civil Procedure and Rule 5.1 of
the Local Civil Rules, the Parties agree that they shall serve papers, including pleadings,
discovery requests, and trial materials, on each other through e-mail or ECF, as applicable,
except to the extent that transmission of any such documents electronically is impractical, in
which event service shall be made by hand or through overnight delivery to counsel of record for
the receiving Party.

3.      Without prejudice to any Defendant's right at any time in the future to move to
sever the claims against it or otherwise to challenge the joinder of claims against different
Defendants, and without prejudice to any defense that any Defendant has as to a particular
plaintiff or plaintiffs, the Actions are hereby consolidated for all purposes under Civil Action No.

17-699(BRM)(LHG) pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, using the following caption:

| |
|---|
| In re INSULIN PRICING LITIGATION |

Civil Action No. 17-699(BRM)(LHG)

Going forward, all papers related to the Actions shall be filed in Civil Action No. 17-699 (BRM)(LHG) only.

4.      Plaintiffs shall file a Consolidated Complaint on or before March 17, 2017.

5.      Defendants shall answer, move against or otherwise respond to the Consolidated Complaint on or before May 17, 2017.

6.      In the event that any Defendant moves against the Consolidated Complaint, (i) Plaintiffs' responsive papers shall be filed on or before June 17, 2017, (ii) and Defendants' reply papers shall be filed on or before July 14, 2017.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Plaintiffs

By:    /s/ James E. Cecchi
       JAMES E. CECCHI


HAGENS BERMAN SOBOL SHAPIRO
LLP

By:    /s/ Steve W. Berman
       STEVE W. BERMAN

DAVIS POLK & WARDWELL LLP
Attorneys for Defendant
NOVO NORDISK, INC.

By:    /s/ James I. McClammy
       JAMES I. McCLAMMY

JONES DAY
Attorneys for Defendant
SANOFI-AVENTIS U.S., LLC

By:    /s/ Rebekah E. Blake
       REBEKAH E. BLAKE

WALSH PIZZI O'REILLY FALANGA LLP
Attorneys for Defendant
SANOFI-AVENTIS U.S., LLC

By:    /s/ Liza M. Walsh
       LIZA M. WALSH

COVINGTON & BURLING LLP
Attorneys for Defendant
ELI LILLY AND COMPANY


By:___/s/ Emily R. Freeman_____
      EMILY R. FREEMAN


SO ORDERED this ___ day of February, 2017

LOIS H. GOODMAN, U.S.M.J.

It is so ordered this 22 day
of February , 20 17

Brian R. Martinotti, U.S.D.J.

- 4 -