Michael R. Griffinger, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500

James P. Rouhandeh, Esq. (*pro hac vice*)
David B. Toscano, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

Melissa A. Geist, Esq.
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.: (609) 514-5978

Shankar Duraiswamy, Esq.
Mark Lynch, Esq. (*pro hac vice*)
Henry Liu, Esq. (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel.: (202) 662-6000

*Attorneys for Defendant Eli Lilly and Company*

Liza M. Walsh, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
1037 Raymond Blvd, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100

Michael R. Shumaker, Esq. (*pro hac vice*)
Julie E. McEvoy, Esq. (*pro hac vice*)
William D. Coglianese, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.: (202) 879-3939

Toni-Ann Citera, Esq. (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE INSULIN PRICING LITIGATION** | Civil Action No. 17-699 (BRM) (LHG) <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**TO:** All Persons on ECF Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, and Eli Lilly and Company (collectively, "Defendants"), by and through their respective undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at a date and time to be determined by the Court, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Consolidated Amended Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Motion, Defendants will rely on: a) Defendants' Memorandum of Law in Support of Motion to Dismiss the Consolidated Amended Class Action Complaint (Counts 1-6); b) Defendants' Memorandum of Law in Support of Motion to Dismiss the Consolidated Amended Class Action Complaint (Counts 7-60); c) Defendants' Appendix of Materials Referenced in Consolidated Amended Class Action Complaint and Materials in the Public Record; and d) all other pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

Dated: March 9, 2018  Respectfully submitted,

By: */s/ Michael R. Griffinger, Esq.*
Michael R. Griffinger, Esq.
Christopher Walsh, Esq.
Calvin K. May, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4500

James P. Rouhandeh, Esq.
  (admitted *pro hac vice*)
David B. Toscano, Esq.
  (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

Neal A. Potischman, Esq.
  (admitted *pro hac vice*)
Andrew Yaphe, Esq.
  (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000

*Attorneys for Defendant
Novo Nordisk Inc.*

By: */s/ Melissa A. Geist, Esq.*
Melissa A. Geist, Esq.
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.: (609) 514-5978

Shankar Duraiswamy, Esq.
Mark Lynch, Esq.
  (admitted *pro hac vice*)
Henry B. Liu, Esq.
  (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.

2

        Washington, DC 20001
        Tel.: (202) 662-6000

*Attorneys for Defendant*
*Eli Lilly and Company*

By:   */s/ Liza M. Walsh, Esq.*
      Liza M. Walsh, Esq.
      **WALSH PIZZI O'REILLY FALANGA LLP**
      1037 Raymond Blvd, Suite 600
      Newark, NJ 07102
      Tel.: (973) 757-1100

      Michael R. Shumaker, Esq.
        (admitted *pro hac vice*)
      Julie E. McEvoy, Esq.
        (admitted *pro hac vice*)
      William D. Coglianese, Esq.
        (admitted *pro hac vice*)
      **JONES DAY**
      51 Louisiana Avenue, N.W.
      Washington, DC 20001
      Tel.: (202) 879-3939

      Toni-Ann Citera, Esq.
        (admitted *pro hac vice*)
      **JONES DAY**
      250 Vesey Street
      New York, NY 10281
      Tel.: (212) 326-3939

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*