Melissa A. Geist
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.: (609) 514-5978

Shankar Duraiswamy
Mark Lynch (admitted *pro hac vice*)
Henry Liu (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street NW
Washington, D.C. 20001
Tel.: (202) 662-6000

*Attorneys for Defendant Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE INSULIN PRICING LITIGATION** | Civil Action No. 17-699 (BRM)(LHG)<br><br>**DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF MOTION TO DISMISS THE NON-NEW JERSEY PLAINTIFFS' CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(2)**<br><br>Oral Argument Requested |

TO:   All Attorneys and Parties of Record

**PLEASE TAKE NOTICE** that at a date and time to be determined by the

Court, the undersigned attorneys for Defendant Eli Lilly and Company ("Lilly")

will move before the Hon. Brian R. Martinotti, U.S.D.J., at the Clarkson S. Fisher

Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing the non-New Jersey Plaintiffs' claims pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure; and

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Lilly shall rely upon the Memorandum of Law filed contemporaneously herewith; and

**PLEASE TAKE FURTHER NOTICE** that Lilly hereby requests oral argument if a timely opposition to the motion is filed; and

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is also filed herewith.

Respectfully submitted,

Dated:  March 9, 2018

*s/ Melissa A. Geist*
Melissa A. Geist
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.:  (609) 514-5978

Shankar Duraiswamy
Mark Lynch (admitted *pro hac vice*)
Henry Liu (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street NW
Washington, D.C. 20001
Tel.:  (202) 662-6000

*Attorneys for Defendant*
*Eli Lilly and Company*