UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
**IN RE INSULIN PRICING LITIGATION**:
:
: Civil Action No. 3:17-cv-699-BRM-LHG
:
_____:

**THIS MATTER** is opened to the Court *sua sponte* following the filing of Plaintiffs Amended Complaint (ECF Nos. 131, 140, 141), which was filed in response to Defendants' Motions to Dismiss (ECF Nos. 109 and 110), pursuant to several extensions and Federal Rule of Civil Procedure 15(a)(1)(B). *See Route 27, LLC v. Getty Petroleum Mktg.*, Civ. A. No. 10-3080, 2011 WL 1256618, at *3 (D.N.J. Mar. 30, 2011). The Court will not endeavor to determine, on Defendants' behalf, whether the Amended Complaint resolves Defendants' contentions raised in the pending Motions. Therefore, the Motions to Dismiss shall be administratively terminated. Defendants may file a motion to dismiss the Amended Complaint based on the allegations in the Amended Complaint, within fourteen (14) days.

Accordingly, and for good cause appearing,

**IT IS** on this 6th day of April 2018,

**ORDERED** that Defendants' Motions to Dismiss and/or Transfer Venue (ECF Nos. 109 and 110) are **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that Defendants may file a motion to dismiss the Amended Complaint based on the allegations in the Amended Complaint by April 27, 2018.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**