EXHIBIT D

From: **Charles Fournier** charles.fournier@t1df.org 
Subject: HB consolidated complaint -- FINAL T1DF comments
Date: October 25, 2017 at 3:01 PM
To: Gretchen Obrist gobrist@KellerRohrback.com
Cc: Derek Loeser dloeser@KellerRohrback.com, Julia Boss julia.boss@t1df.org



Gretchen,

Please find attached the final version of our comments. The previous document still had draft comments.

Charles


Charles Fournier, J.D.
Vice President
Type 1 Diabetes Defense Foundation
Charles.Fournier@t1df.org
(206) 643-1479

@t1df_advocacy
https://twitter.com/t1df_advocacy
https://www.linkedin.com/company/10518969/
https://www.facebook.com/T1DefenseFoundation/
www.t1df.org



Insulin Action -
T1DF...23 .pdf

> On Oct 25, 2017, at 2:35 PM, Charles Fournier <charles.fournier@t1df.org> wrote:
>
> Gretchen,
>
> Please see attached.
>
> Charels
>
> <Insulin Action - T1DF Memo - Consolidated Complaint 2017-10-23.pdf>
>
> Charles Fournier, J.D.
> Vice President
> Type 1 Diabetes Defense Foundation
> Charles.Fournier@t1df.org
> (206) 643-1479