

**TYPE 1 DIABETES**
DEFENSE FOUNDATION

P.O. Box 10841
Eugene, Oregon 97440
p/f: 541.257.8878
info@t1df.org
www.t1df.org

October 8, 2018

The Honorable Brian R. Martinotti    **Sent via FedEx**
United States District Court Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

OCT 09 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE:    *Insulin Pricing Litigation,* Civil Action No. 17-699 (BRM)(LHG)
       *Bewley v. CVS Health*, Civil Action No. 17-12031 (BRM)(LHG)
       *Prescott v. CVS Health,* Civil Action No. 17-13066 (BRM)(LHG)
       Re: Order, ECF No. 221[1]

Dear Judge Martinotti,

**Request for authorization to email phone number**: I would like to avoid entering my mobile number in the record. Unfortunately, we are still operating under the ban on email communication established in March 2018. May I email my phone number to Judge Goodman?

**Agenda:** As directed by the Court, I have submitted to counsel, in coordination with T1DF, a list of issues that I believe should be addressed during the Case Management Conference.

**Permission to file**: In light of certain developments in the above mentioned cases, I may file an affidavit pursuant to 28 U.S. Code § 144 - Bias or prejudice of judge. Pursuant to your Order (ECF No. 221), I am hereby requesting the authorization to do so.

**Notice of filing with the U.S. Courts' Judicial Conference Committees on Codes of Conduct and Judicial Conduct and Disability**: In anticipation of the possibility that I (or T1DF) might file a formal complaint pursuant to the Judicial Conduct and Disability Act, 28 U.S.C. §§ 351-64 in lieu of an affidavit pursuant to 28 U.S. Code § 144, T1DF filed comments regarding the Judicial Conference's proposed changes to the Code of Conduct for U.S. Judges and the Rules for Judicial-Conduct and Judicial-Disability Proceedings. I made certain representations in this document pertaining to the proceedings in this Court. For your

---

[1] ECF numbers refer to filings in *In re Insulin Pricing Litigation*.



**TYPE 1 DIABETES**
DEFENSE FOUNDATION

information, I have thus attached a true and exact copy of the Comment submitted to the U.S. Courts' Judicial Conference regarding its proposed changes to JC&D Rules §3(c)(1). (Attachment A)

Thank you for Your Honor's consideration of these matters.

Respectfully submitted,

Julia Boss, <u>individually</u>

cc:   I have sent this letter to the Clerk's Office for distribution to the Hon. Lois H. Goodman, U.S.M.J, and Counsel of Record.

**Attachment**

A.   Comment regarding Proposed Changes to JC&D Rules §3(c)(1) and Request to Testify on JC&D Rules §3(c)(1) by Charles Fournier, on behalf of the Type 1 Diabetes Defense Foundation

▶ Insert shipping document here.

ORIGIN ID:EUGA      (206) 353-9841
JULIA BOSS

3059 HENDRICKS HILL DRIVE

EUGENE, OR 97403
UNITED STATES US

SHIP DATE: 08OCT18
ACTWGT: 0.10 LB
CAD: 112248848/INET4040

BILL SENDER

TO  **CLERKS OFFICE**
**US COURT HOUSE - NJ DISTRICT COURT**
**402 E STATE ST**
**ROOM 2020, CLARKSON FISHER BUILDING**
**TRENTON NJ 08608**
(609) 989-2065          REF:
INV:
PO:                              DEPT:

552J1A8FB0CA5

**FedEx**
Express

E

FedEx Ship Manager - Print Your Label(s)

**Extremely Urgent**

TUE - 09 OCT 3:00P
**STANDARD OVERNIGHT**

TRK#
0201  **7734 2146 1794**

08608
**XA TTNA**         NJ-US   **EWR**



ress



10/8/2018

RT **349**   1  **C**
          16:00   1794
                  10.09
FZ