UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                              Date:   09/27/2019
Court Reporter:                                           Docket Nos: 3:17cv699
                                                                     3:19cv18326

Title of the Case:

IN RE: INSULING PRICING LITIGATION

Appearances:

**Attorneys for Plaintiff(s):**
James Cecchi, Hannah Brennan, Steve W. Berman, & Ellen Relkin

**Attorneys for Defendant, Novo Nordisk Inc**.
Michael R. Greffinger, Samuel Portnoy, James Rouhandeh, Andrew Yaphe,

**Attorneys for Defendant, Eli Lilly & Co.**
Shankar Duraiswamy & Melissa A. Geist

**Attorneys for Defendant, Sanofi-Aventis, U.S., LLC**
Liza M. Walsh, William Coglianese & Michael Shumaker,

**Attorney for Direct Purchaser in 3:19-18326**
Richard R. Barrett

Nature of Proceedings:

Status Conference held in chambers (Newark)
Parties ordered to meet and confer re: appointment of a Mediator

                                    Lissette Rodriguez, Courtroom Deputy
                                    to the Hon. Brian R. Martinotti

Commenced:   10:00 am
Concluded:   10:30 am